## Decided September 15, 2016

| | | |
|---|---|---|
| Board of Mgrs. of Regent's Park Gardens Condo v Chavez | 2d Dept: 136 AD3d 953 | denied |
| CPD NY Energy Corp., Matter of, v Town of Poughkeepsie Planning Bd. | 2d Dept: 139 AD3d 942 | denied |
| Dexia SA/NV v Morgan Stanley | 1st Dept: 135 AD3d 497 | denied |
| Emily R., Matter of (Martin C.) | 2d Dept: 140 AD3d 1074 (Proceeding No. 1) | denied |
| Facebook, Inc. v DLA Piper LLP (US) | 1st Dept: 134 AD3d 610 | denied |
| Fagan, Matter of, v Village of Harriman | 2d Dept: 140 AD3d 868 | denied |
| Harris, Matter of | 2d Dept: 138 AD3d 89 | denied |
| John Z., Matter of (Commissioner of Mental Health) | 3d Dept: 136 AD3d 1208 | denied |
| People v Alas | 2d Dept: 140 AD3d 841 | denied* |
| People ex rel. Franza v Connolly | 2d Dept: 140 AD3d 803 | denied* |
| Sean C., Matter of (Martin C.) | 2d Dept: 140 AD3d 1074 (Proceeding No. 2) | denied |
| Timmons, Matter of, v Annucci | 3d Dept: 139 AD3d 1224 | denied |
| Yvelisse C., Matter of (Martin C.) | 2d Dept: 140 AD3d 1074 (Proceeding No. 3) | denied |

## Decided September 20, 2016

| | | |
|---|---|---|
| Allen, Matter of, v Venettozzi | 3d Dept: 139 AD3d 1208 | denied |
| Bates v Rector, Church-Wardens, & Vestrymen of Trinity Church in the City of N.Y. | 1st Dept: 140 AD3d 503 | denied |
| Castlestone Mgt. LLC v Diamond | 1st Dept: 140 AD3d 551 | denied |
| Christian, Matter of, v City of New York | 1st Dept: 139 AD3d 457 | denied |
| Colantonio v Mercy Med. Ctr. | 2d Dept: 135 AD3d 686 | denied |
| Dawn DD., Matter of, v James EE. | 3d Dept: 140 AD3d 1225 | denied |
| Greene, Matter of (Syracuse Socy. for New Music, Inc.—Commissioner of Labor) | 3d Dept: 139 AD3d 1146 | denied |
| Nicholson, Matter of, v Nicholson | 4th Dept: 140 AD3d 1689 | denied* |
| People v Cortes | 1st Dept: 139 AD3d 576 | denied* |
| People v Findley | 2d Dept: 140 AD3d 842 | denied* |
| People v Lowery | 2d Dept: 140 AD3d 1141 | denied* |

---

* Motion for poor person relief dismissed as academic or denied.